In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10288

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

LYEDREKUS ONETAYE BAILEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:23-cr-00030-SCJ-1

_____

JUDGMENT

2                                                          24-10288

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 18, 2025

For the Court: DAVID J. SMITH, Clerk of Court